IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
[NORTHERN DIVISION]

MAUREEN HERGENREDER

    Plaintiff,                          File No. 09-13347-CV

vs.

BICKFORDD SENIOR LIVING GROUP, LLC,
D/B/A BICKFORD COTTAGE,

    Defendant.
_____/

HURLBURT, TSIROS & ALLWEIL P.C.
BY: MANDEL I. ALLWEIL
Attorney for Plaintiff
821 South Michigan Avenue
P.O. Box 3237
Saginaw, Michigan 48605-3237
(989) 790-3221
htap@charterinternet.com

WARNER NORCROSS & JUDD, LLP
AMANDA HICKMAN (P70644)
Attorney for Defendant
2000 Town Center, Suite 2700
Southfield, MI 48075
248-784-5142
ahickman@wnj.com
_____/

**NOTICE OF APPEAL**

       Notice is hereby given that MAUREEN HERGENREDER, the Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 6th Circuit from the Order entered in this action on the 16th day of March, 2010, i.e. *Order Granting in Part and Denying in Part Defendant's Motion to Stay Proceedings and Compel*

1

*Arbitration, Denying Plaintiff's Motion for Sanctions, Dismissing Complaint Without Prejudice and Canceling Hearing*.

Dated:  April 8, 2010                                         Hurlburt, Tsiros & Allweil, P.C.

                              BY:     /s/ Mandel I. Allweil
                              MANDEL I. ALLWEIL (P34115)
                              Attorney for Plaintiff
                              821 South Michigan Avenue
                              PO Box 3237
                              Saginaw, MI  48605
                              989-790-3221

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the EDF system which will send notification of such filing to the following: Mandel I. Allweil htap@charterinternet.com and Amanda Hickman ahickman@wnj.com, and I hereby certify that I have mailed by United States Postal Service the paperwork to the following non-ECF participants (there are not any non-ECF participants listed in this matter).

                              HURLBURT, TSIROS,  & ALLWEIL, P.C.

                              BY:/s/Mandel I. Allweil
                              MANDEL I. ALLWEIL (P34115)
                              Attorneys for Plaintiff
                              821 S. Michigan Avenue, P.O. Box 3237
                              Saginaw, Michigan 48605
                              (989) 790-3221
                              htap@charterinternet.com