UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAUREEN HERGENREDER,

      Plaintiff,

-v-

Case No. 1:09-cv-13347

Honorable Patrick J. Duggan
Magistrate Judge Laurie J. Michelson

BICKFORD SENIOR LIVING GROUP, LLC,
D/B/A BICKFORD COTTAGE,

      Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

The parties having reached a settlement and having stipulated to the entry of this Stipulated Order of Dismissal;

IT IS HEREBY ORDERED that this matter is DISMISSED *with prejudice,* with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: December 4, 2012
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, December 04, 2012, by electronic and or ordinary mail.

      s/Marilyn Orem
      Case Manager

## STIPULATION

We stipulate to the entry of the foregoing Stipulated Order of Dismissal.

KCP-4269422-1

2

*s/  Mandel I. Allweil*  
Mandel I. Allweil  
821 S. Michigan Avenue  
P.O. Box 3237  
Saginaw, MI  48605-3237  
Telephone:  989-790-3221  

**Attorney for Plaintiff**

*s/ Jeffrey D. Hanslick*  
Jeffrey D. Hanslick  
Husch Blackwell LLP  
4801 Main Street, Suite 1000  
Kansas City, MO  64112  
Telephone:  816-983-8000  

and  

Homayune A. Ghaussi (P63028)  
Jennie Santos-Bourne (P70176)  
WARNER NORCROSS & JUDD LLP  
2000 Town Center, Suite 2700  
Southfield, Michigan  48075  
Telephone:  (248) 784-5000  
Facsimile:  (248) 784-5005  
hghaussi@wnj.com  

**Attorneys for Defendant**